UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LANCASTER CONDOMINIUM TRUST I,
         Plaintiff,

v.                                                    CIVIL ACTION NO.
                                                     11-cv-10311-MBB

NUTONE, INC.,
         Defendant.

## FINAL JUDGMENT

**MAY 7, 2012**

**BOWLER, U.S.M.J.**

      In accordance with the Stipulation of Dismissal filed by the parties, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and each party to bear its own costs.

                                            /s/ Marianne B. Bowler
                                            **MARIANNE B. BOWLER**
                                            United States Magistrate Judge