UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LANCASTER CONDOMINIUM TRUST I,
    Plaintiff,

v.

NUTONE, INC.,
    Defendant.

CIVIL ACTION NO.
11-cv-10311-MBB

# FINAL JUDGMENT

**MAY 7, 2012**

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and each party to bear its own costs.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge